UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 

JAMES MURPHY, *on behalf of himself and all other persons similarly situated*,

       Plaintiff,       25-CV-00907 (JAV)

  -v-             ORDER

LUAR LLC,

       Defendant.

------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

  Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

  SO ORDERED.

Dated: February 26, 2025         _____
   New York, New York         JEANNETTE A. VARGAS
                    United States District Judge