UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAMES MURPHY, *on behalf of himself and all other persons similarly situated,*

                    Plaintiff,

     -against-

LUAR LLC,

                    Defendant.

------------------------------------------------------------X

25-CV-00907 (JAV)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/2025

**SARAH NETBURN, United States Magistrate Judge:**

      On February 26, 2025, the Honorable Jeannette A. Vargas referred this action to my docket for general pretrial supervision. ECF No. 7. The complaint was filed on January 30, 2025, and an electronic summons was issued on January 31, 2025. ECF Nos. 1, 5. Defendant's counsel entered an appearance on March 26, 2025 but has not responded to the complaint. ECF No. 8. Accordingly, Defendant shall file a response to the complaint no later than Friday, May 9, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    May 2, 2025
                New York, New York